UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly situated*,<br><br>      Plaintiffs,<br><br>   – against –<br><br>E. MISHAN & SONS, INC. *d/b/a* GRANITESTONE,<br><br>      Defendant. | **ORDER**<br><br>25-cv-03760 (ER) |

Ramos, D.J.:

  Jacqueline Fernandez brought this action against E. Mishan & Sons, Inc. on May 6, 2025. Doc. 1. E. Mishan & Sons was served on May 15, 2025. Doc. 5. Since then, there has been no activity in this case.

  Fernandez is directed to submit a status letter by no later than September 19, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

  It is SO ORDERED.

Dated: September 11, 2025
    New York, New York

                                   
                              EDGARDO RAMOS, U.S.D.J.