UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly, situated,*,

               Plaintiffs,

    – against –

E. MISHAN & SONS, INC. *d/b/a* GRANITESTONE,

               Defendant.

**ORDER**

25-cv-03760 (ER)

RAMOS, D.J.:

    Jacqueline Fernandez brought this action against E. Mishan & Sons, Inc. on May 6, 2025. Doc. 1. E. Mishan & Sons was served on May 15, 2025. Doc. 5. On September 25, 2025, Fernandez informed the Court that she would file a request for a Clerk's certificate of default. Doc. 7. That same day, the Clerk's certificate of default was issued. Doc. 11. Since then, there has been no activity in this case. Fernandez is directed to move for default by November 7, 2025.

    It is SO ORDERED.

Dated:   October 31, 2025
           New York, New York

                                                           EDGARDO RAMOS, U.S.D.J.