UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly, situated*,

Plaintiffs,

– against –

E. MISHAN & SONS, INC. *d/b/a* GRANITESTONE,

Defendant.

**ORDER**

25-cv-03760 (ER)

RAMOS, D.J.:

Jacqueline Fernandez brought this action against E. Mishan & Sons, Inc. on May 6, 2025. Doc. 1.  E. Mishan & Sons was served on May 15, 2025.  Doc. 5.  On September 25, 2025, Fernandez informed the Court that she would file a request for a Clerk's certificate of default. Doc. 7.  That same day, the Clerk's certificate of default was issued.  Doc. 11.  After over a month of inactivity in this case, on October 31, 2025, Fernandez was directed to move for default by November 7, 2025.  Doc. 12.  Since then, no motion for default has been filed.  Fernandez is therefore directed to move for default by January 21, 2026.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:    January 14, 2026
          New York, New York

EDGARDO RAMOS, U.S.D.J.